IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS ISAIAH BUNCH,
    Petitioner,

vs.                                       Case No.: 3:17cv53/RV/EMT

JULIE L. JONES,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 14, 2018 (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 15th day of June, 2018.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv53/RV/EMT